UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60735-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

LAKEWOOD FOODS, INC.,
d/b/a MCDONALD'S #10671

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice [DE 8] (the "Stipulation"), filed herein on May 10, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 8] is hereby **GRANTED**;

2.     This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 10th day of May, 2019.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record